Rhode Island Departement of Corrections

Inmate Account History

ID#: 91073

Name: LYONS, OLIVER S

[redacted]

Location: MAX - R ROO - HN-03

| Balances as of 5/17/2006: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 0.00 | -2,296.02 | 0.00 | -2,296.02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/7/2005 | LEGAL COPY | LEGAL COPIES 10-1 TO 10-31 ISC | 16.20 | 0.00 | 2,230.72 | 0.00 |
| 11/9/2005 | FURLOUGH FEE | MEDFURL ISC 09-26-2005 | 6.00 | 0.00 | 2,236.72 | 0.00 |
| 12/9/2005 | LEGAL COPY | LEAGAL COPIES 11-05 ISC | 3.00 | 0.00 | 2,239.72 | 0.00 |
| 12/9/2005 | LEGAL COPY | LEAGAL COPIES 11-05 ISC | 2.75 | 0.00 | 2,242.47 | 0.00 |
| 12/29/2005 | LEGAL COPY | LEGAL COPIES 11/05 MAX | 4.95 | 0.00 | 2,247.42 | 0.00 |
| 1/20/2006 | LEGAL COPY | LEGAL COPIES MAX 12/14-12/23 | 9.50 | 0.00 | 2,256.92 | 0.00 |
| 1/24/2006 | MEDICAL | VIS MAX 11-18-2005 | 3.00 | 0.00 | 2,259.92 | 0.00 |
| 2/1/2006 | LEGAL COPY | MAX. LEGAL COPIES | 13.80 | 0.00 | 2,273.72 | 0.00 |
| 2/27/2006 | LEGAL COPY | LEGAL COPIES MAX JANUARY | 14.70 | 0.00 | 2,288.42 | 0.00 |
| 5/12/2006 | LEGAL COPY | LEGAL COPIES 3/31-4/25 MAX | 7.60 | 0.00 | 2,296.02 | 0.00 |

Due to computer posting the 'Balances as of 5/17/2006' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.