Exhibit 1

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
OFFICE OF LEGAL COUNSEL
40 Howard Avenue
Cranston, R.I. 02920
Tel: (401) 462-2622
Fax: (401) 462-2583
TDD: (401) 462-5180

May 9, 2006

Oliver Lyons
P. O. Box 8273
Cranston, R. I. 02920

Dear Mr. Lyons:

I am in receipt of your letter dated May 4, 2006 concerning being seen by a classification board and not being provided with support of footwear and knee brace as prescribed by your physician. Please be advised that I spoke to Joseph DiNitto on this date, who indicated that you, in fact, saw the Classification Board in July 2005, October 2005, and in absentia on February 17, 2006. You were not physically present for the February, 2006 Classification Board hearing, because you were physically in the state of New Hampshire. This Department is not legally obligated to transport you to Rhode Island for a classification board hearing, if you are serving your sentence out of state.

I also spoke to Nurse Dave concerning your knee brace and he said you were receiving your brace today.

Very truly yours,

Michael B. Grant
Deputy Chief Legal Counsel

MBG:c