UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C.A. No. 06-257S

WARDEN JAMES WEEDEN, ET AL

**ORDER OF DISMISSAL**

Plaintiff was ordered by this Court to show cause in writing on or before October 30, 2006 why this case should not be dismissed against Defendants for lack of prosecution. In response to the show cause order, plaintiff sent a letter to the Court indicating that he served the defendants by regular mail. However, no proof of service has been filed with this Court. Since plaintiff has failed to effect service within 120 days after filing the complaint as required by Fed. R. Civ. P. 4(m), this case is hereby dismissed.

ORDER:

By: Doreen Baldwell
Deputy Clerk

ENTER:

WESmith
William E. Smith
U.S. District Judge

Date: 11/6/06