United States District Court
For The District Of Rhode Island

RECEIVED
NOV 19 2007
Property of U.S. District Court
District of Rhode Island

Ca No 07 409 ML

Dear Ms Justice Lisi

I have received the civil docket text of cases I've filed before United States District Court I had suspected that my mail was being tampered with in case 06 257 S assigned to Mr. Justice Smith. see Docket Text
The Case was filed 5-25-2006 this is shown on the Docket Text
Then I filed many motions and letters asking the Court why I wasn't getting a response.
I never received any response from the Court.
The Court Clerks and Justice's always respond.
What motivation would Clerks have in Tampering with my mail?
They wouldn't and I don't

have any doubt about the integrity of all the Court Clerks.
I filed my Complaint on 5-25-06 and received a show cause order from Justice Smith on 10-4-2006 and dismissal on 11 7 06 for lack of prosecution.
So what happened?
My mail never made it out of the Maximum Security building When my mail is sent out I must fill out a money transfer slip and I receive a copy. see enclosed slips
During this time I kept asking for my copies and never received any.
This is a very easy way to have a Plaintiff case dismissed.
I am in a Segregation cell without access to phones or anyone so please be advised.

Plaintiff
Nov 8, 07 Oliver Lyons
P.O. Box 8273
Cranston RI 02920